State of Maine

SUPREME JUDICIAL COURT                    Docket No. BAR-25-XX

BOARD OF OVERSEERS OF THE BAR )
        Plaintiff )
    v. )        **ORDER OF INTERIM**
         )        **SUSPENSION**
John H. Branson, Esq. )        **M. BAR R. 24(a)**
  of Portland, ME )
  Me. Bar #007632 )
        Defendant )

By filing dated May 1, 2025, the Board of Overseers of the Bar (the Board) petitioned this Court for an Order of Interim Suspension of John H. Branson from the practice of law in the State of Maine. Incorporated with the Board's Petition was a Confidential Affidavit.

Based on the Board's submissions, the Court concludes that the evidence supports the existence of exigent circumstances as well as a finding that Branson has committed multiple violations of the Maine Rules of Professional Conduct. Specifically, the Court finds that the Board's evidence demonstrates Branson's violations of at least M.R. Prof. Conduct 1.1, 1.3, 1.4, 1.5, 1.15, 1.16(a) and 8.4(a) and (d).

Under the facts presented by the Board, this Court concludes that Attorney Branson's misconduct serves an imminent threat to clients, the public and to the administration of justice.

Effectively immediately, this Court Orders that John H. Branson shall now be suspended from the practice of law in Maine, until further Order of this Court.

The Court further ORDERS that Branson shall vacate his law office(s) (including any home office), immediately cease practicing law, and immediately cease operations of any and all of his websites, Facebook/social media account(s) and any other form of advertising of his legal services during the period of suspension.

Branson is prohibited from removing any funds, files, data, checkbooks, financial records/bank information, client property, computer hardware/software or any client related or law office related items. With advance notice/request to the Receivers, Branson may return to the law office, accompanied by the Receivers (or agent thereof) to retrieve his personal belongings.

If Branson seeks payment for any professional services, he shall enumerate to this Corut the basis for his pursuit of payment, by providing a detailed accounting of his time for the specific service or client matter.

Finally, Branson is prohibited from serving as a fiduciary, and he is ORDERED to immediately relinquish any position as a designated fiduciary and take steps to receive any discharge from the courts or entitles that have recorded such fiduciary services.

Under separate order the Court shall appoint Receivers to wind down the law office and protect the interest of Branson's clients.

Dated: May 15, 2025

M. Michaela Murphy, Justice
Sitting as Single Justice by designation