UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

In Re: John H. Branson, Esq.　　　　　　　　Docket No.: 2:25-mc-00258-LEW

## ORDER

Respondent Branson having shown no good cause why this Court should not impose the discipline set forth in its previous order (*Order to Show Cause*, ECF No. 1), it is hereby ORDERED, pursuant to Local Rule 83.3, that John H. Branson, Esq., is suspended indefinitely from the practice of law in this Court.

**SO ORDERED.**

**Dated: 6/16/2025**

　　　　　　　　　　　　　　　　　　　**/s/ Lance E. Walker**
　　　　　　　　　　　　　　　　　　　**CHIEF U.S. DISTRICT JUDGE**